UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWARD C. WHITTAKER, Plaintiff, v. ABIGAIL KEATING, *et al.*, Defendants. | Case No. 3:26-cv-00273-MMD-CSD<br>ORDER |

Pro se Plaintiff Edward C. Whittaker filed an initial application to proceed *in forma pauperis* ("IFP") (ECF No. 1) and a complaint (ECF No. 1-1 ("Complaint")). The Court granted the application to proceed IFP, dismissed the complaint without prejudice, with leave to amend, and granted Plaintiff 30 days to file an amended complaint. (ECF No. 4.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney, recommending that Plaintiff's complaint be dismissed without prejudice because Plaintiff has failed to file an amended complaint by the deadline. (ECF No. 6 at 1.) Plaintiff had until October 1, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("[D]e novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations."). In the R&R, Judge Denney screened Plaintiff's Complaint alleging violations of his due process rights to life and liberty, HIPAA, and tenant privacy laws, as well as retaliatory eviction. (ECF No. 6 at 3.) Judge Denney determined that Plaintiff failed to state any colorable federal claim and accordingly that

the Court lacks subject matter jurisdiction. (*Id.* at 3-4.) Judge Denney recommended dismissal without prejudice. (*Id.* at 1, 4.) The Court agrees and will adopt Judge Denney's recommendations.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 6) is accepted and adopted in full.

It is further ordered that Plaintiff's Complaint is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 7th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE